IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ANDRE FARMER**                                                                                          **PLAINTIFF**

**V.**                                                         **CAUSE NO. 3:15-CV-410-CWR-LRA**

**WARDEN MOSLEY**                                                              **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson, which was entered on February 27, 2017. Docket No. 16. The Report and Recommendation clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id*. at 5.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, this case is dismissed without prejudice as moot.

A separate Final Judgment will issue this day.

**SO ORDERED**, this the 17th day of March, 2017.

                                                                             s/ Carlton W. Reeves
                                                                             UNITED STATES DISTRICT JUDGE